# NEEDVILLE ISD DRESS CODE FOR GRADES 7-12

The District has jurisdiction over its students during the regular school day and while going to and from school on district transportation. The district's jurisdiction includes any activity during the school day on school grounds or attendance at any school-related activity, regardless of time or location.

The District's dress code is established to teach hygiene, instill discipline, prevent disruption, avoid safety hazards, and assert authority.

Since the dress and personal appearance of students are important factors in the maintenance of good discipline on the school campus, the school district has formulated definite policies in regard to what is acceptable and what is not acceptable in the manner of dress and personal appearance.

Students shall come to school looking clean and neat, wearing appropriate clothing and exhibiting grooming that will not be a health or safety hazard to the student or others. The administrators can and will prohibit any dress or grooming that may reasonably be expected to interfere with normal school operations.

Each student and parent will receive a copy of this dress code, and it is the responsibility of the student and his or her parent to ensure that the rules and restrictions listed are met.

## MODESTY WILL BE THE DOMINANT FEATURE

The **DRESS CODE** is in effect at **EVERY SCHOOL SPONSORED ACTIVITY on NISD Property.** The only exception is at outdoor school sponsored events. Students may wear shorts that fall beyond the fingertips with arms at the side, and may also wear caps, hats and sunshades. Students attending off campus school sponsored events should follow these guidelines.

The **DRESS CODE** is in effect **IMMEDIATELY** upon arrival at any NISD grounds or event and remains in effect **CONTINUOUSLY** until a student is completely off school grounds.

## Hair

- Hair shall be clean, well-groomed, and out of the eyes.
- Boys' hair shall **NOT** cover any part of the ears, extend beyond the eyebrows, or extend over the top of a standard collar in the back when combed down (even when not wearing a standard collar).
- One straight line for parting purposes is allowed.
- Eyebrows cannot have any lines or designs.



EXHIBIT C

- Sideburns will be neatly trimmed and shall **NOT** extend below the middle of the ear, and may **NOT** be wider than 1 inch from top to bottom.
- Boys must be clean shaven daily with **NO** facial hair visible.
- Tufts, tails or designs are **NOT** permitted.
- Hair must be a natural color.
- Hair chunking and other unnatural coloring patterns are **NOT** allowed.
- Highlights/Lowlights as well as hair accessories are **NOT** allowed for boys.
- Hair height above the head cannot extend beyond 3".
- Extreme hairstyles of any nature as determined by the principal or his/her designee are **NOT** allowed.

## Shirts

- **ALL** shirts will be completely tucked in at all times.  Girl's dress blouses may be worn untucked around the waist as designed as long as flesh is not showing when sitting, standing, bending or raising the arms.
- **ALL** shirts must extend beyond the waistband of the jeans, pants, or skirt and be long enough to remain tucked when sitting, standing, bending, or raising the arms.
- **ALL** writing or designs will be school appropriate and is subject to the discretion of the campus administration.
- **ALL** clothing - shirts, blouses, dresses - must be long or short sleeved.  Sleeveless clothing is **NOT** allowed.   Sheer or lace tops must have tank top with at least a 2 inch width underneath.
- Cap/crop sleeves are **NOT** allowed.  **ALL** sleeves must have at least 1" of material beyond the bottom seam.
- **ALL** collars – front, side, and rear – must fall within 3" of the neck.
- Cleavage is **NOT** allowed.
- Shirts must be worn under all sweaters/sweatshirts and jackets and meet **ALL** of the above requirements.
- Long sleeved shirts are **NOT** considered sweaters or sweatshirts and will be worn tucked in, buttoned, and meet the above requirements.

## Sweaters/Sweatshirts/Jackets/Coats

- Sweatshirts, sweaters, jackets, and coats will **NOT** be tied around the waist.
- Hoods on hoodies are **NEVER** to be worn.
- Writing on sweaters, jackets, coats or sweatshirts are at the discretion of the campus administration.
- Jackets, sweaters, and/or coats do not circumvent the dress code in any shape or form. The clothing underneath the jacket, sweater, or coat must meet all dress code regulations.

## Dresses/Skirts

- Knee length must be within 3 inches of the knee which includes wearing tights or leggings.

- Excessively tight dresses will not be permitted and will be subject to the discretion of campus administration.
- Cap/crop sleeves are **NOT** allowed.  **ALL** sleeves must have at least 1" of material beyond the bottom seam.
- **ALL** collars – front, side, and rear – must fall within 3" of the neck.
- Cleavage is **NOT** allowed.
- Boys are **NOT** allowed to wear dresses/skirts.

## Pants
- Pants must be worn at the waist, as defined at the top of the hip bones.
- NO yoga pants or leggings will be worn as pants. All pants must have a zipper and pockets.
- Oversized pants are **NOT** allowed. Sagging or baggy pants are **NOT** allowed.
- Pajamas are **NOT** allowed.
- Athletic pants or sweatpants are permissible if they have pockets and a draw string.
- Girls may wear Capri pants that extend beyond the bottom of the knee in a sitting position.
- Pants that have frays or holes are not permitted.
- Boys are **NOT** allowed to wear Capri pants, Knickers, or the like.
- **No** shorts may be worn except during PE or Athletics.
- Pants with more than one zipper, loops, or hoops are not permitted.
- Tights or leggings are not considered pants.

## Shoes
- Shoes must be worn at all times.
- House slippers, rubber thongs, or shower shoes are **NOT** allowed.
- Boys are **NOT** allowed to wear sandals, unless socks are worn.

## Face Coverings
The wearing of face covering is voluntary and is not required while students are in the building. If a student chooses to wear a face covering, it must be a mask and cannot be a neck gaiter.  All face coverings shall be free of any images, words and political slogans.  Facial coverings may display official district, campus, Texas or American Flag logos.

## Miscellaneous
- The wearing of any type of pierced jewelry anywhere on the body is **NOT** allowed except for girls wearing earrings in their ears.
- Students are not permitted to wear other nontraditional piercing, including, nose rings, lip rings, tongue rings, eyebrow rings , body rings, gauges or spikes.
- Oral jewelry is **NOT** allowed.
- Writing or pictures are not allowed on the body at any time.

- Boys may not wear makeup, nail polish, or color their finger nails.
- All tattoos, regardless of the location, must be completely covered at all times.
- Caps, hats, skull caps, dew rags, and sunshades, etc. are **NOT** allowed at any time on campus.
- Proper undergarments are to be worn.
- Jackets, sweaters, and/or coats do not circumvent the dress code in any shape or form. The clothing underneath the jacket, sweater, or coat must meet all dress code regulations.
- Medical Modifications to the student general dress code may be granted on a case by case basis. The modifications will be subjected to considerations such as, but not limited to:
    - Medical statements from a physician indicating a medical condition will be worsened by adhering to the student general dress code.
    - The modifications are not for mere comfort or ease, but truly medical in nature.
    - Pregnancy does not circumvent the dress code.

## Back Packs

- <u>ONE</u> manufacturer logo is permitted.
- Backpacks that have writing, designs, or drawings other than the manufacturer's logo, manufacturer's design, manufacturer's name, or owner's name **will not** be allowed at school.

## Enforcement

<u>If a student's apparel is considered inappropriate by the principal or his/her designee,</u> the inappropriate item will be confiscated, the student will be allowed to call for other clothing or will be placed in a school issued corrective clothing to be worn for the rest of the day, and the student will immediately be issued a dress code referral and must attend after school detention. If a student receives more than four (4) after school detention referrals in a one week period, each additional referral that week will constitute persistent misbehavior and be handled as a Level II Disciplinary Offense. Any student unable or unwilling to correct the dress code violation may be placed in ISS.

<u>**CONFISCATED ITEMS WILL BE RETURNED WHEN REPLACEMENT ITEM IS RETURNED, BUT EACH SUBSEQUENT ITEM CONFISCATED WILL NOT BE RETURNED TO PARENTS UNTIL THE FIRST BUSINESS DAY FOLLOWING THE FINAL DAY OF SCHOOL. ITEMS WILL BE DISCARDED AFTER THE TENTH BUSINESS DAY FOLLOWING THE FINAL DAY OF SCHOOL.**</u>

Any attire deemed distractive, lewd, offensive, or otherwise inappropriate by school administrators will not be allowed. The school reserves the right to establish rules during the school year regarding new fashions in dress.