United States District Court
Southern District of Texas
**ENTERED**
May 24, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TREYVION GRAY, <br><br>*Plaintiff(s)*, <br><br>v. <br><br>NEEDVILLE INDEPENDENT SCHOOL DISTRICT, NEEDVILLE INDEPENDENT SCHOOL DISTRICT'S BOARD OF TRUSTEES; CHRIS JANICEK, in his individual and official capacity; KIM JANKE, in his individual and official capacity; SCOTT VALCHAR, in his individual and official capacity; TIM SBRUSCH; in his individual and official capacity; CHASE RASKA; in his individual and official capacity; GLENN VECERA, in his individual and official capacity; JOHN WEST, in his individual and official capacity; CURTIS PHODES, in his individual and official capacity; STEVE ADAMSON, in his individual and official capacity; DEREK MARESH, in his individual and official capacity; <br><br>*Defendant(s)*. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | No. 4:22-cv-01245 <br> Jury |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE HIS RESPONSE TO DEFENDANTS' MOTION TO DISMISS PURSUANT TO RULES 12(b)(1) & (6)**

The Court, having considered Plaintiff's Motion for Extension of Time to File his Response in Opposition to Defendants' Motion to Dismiss Pursuant to Rules 12(b)(1) & (6), is of the opinion that the motion should be granted. It is, therefore,

ORDERED, ADJUDGED and DECREED that Plaintiff's deadline to file his Response in Opposition to Defendants' Motion to Dismiss Pursuant to Rules 12(b)(1) & (6) is hereby EXTENDED until June 7, 2022.

ORDERED in  Houston, Texas , this 24th day of  May , 2022.

*George C. Hanks Jr.*
George C. Hanks, Jr.
United States District Judge