# United States Court of Appeals
# for the Fifth Circuit

United States Courts
Southern District of Texas
FILED
June 02, 2022
Nathan Ochsner, Clerk of Court

No. 22-20229

United States Court of Appeals
Fifth Circuit
**FILED**
May 11, 2022
Lyle W. Cayce
Clerk

Treyvion Gray,

*Plaintiff—Appellee,*

*versus*

Needville Independent School District; Needville Independent School District's Board of Trustees; Chris Janicek; Kim Janke; Scott Valchar; Tim Sbrusch; Chase Raska; Glenn Vecera; John West; Curtis Rhodes; Steve Adamson; Derek Maresh,

*Defendants—Appellants.*

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:22-CV-1245

---

Before Stewart, Haynes, and Ho, *Circuit Judges.*

Per Curiam:

IT IS ORDERED that Appellee's opposed motion to dismiss the appeal for lack of jurisdiction is GRANTED.



A True Copy
Certified order issued Jun 02, 2022

*Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

June 02, 2022

Mr. Nathan Ochsner
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

    No. 22-20229    Gray v. Needville Indep Sch Dist
                        USDC No. 4:22-CV-1245

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate.

                                  Sincerely,

                                  LYLE W. CAYCE, Clerk

                                  By: _____
                                  Christina A. Gardner, Deputy Clerk
                                  504-310-7684

cc: (letter only)
    Mr. Jonathan Griffin Brush
    Ms. Amy Dawn Demmler
    Mr. Curt Christopher Hesse
    Ms. Melissa Ann Moore
    Mr. Kyle Stone