UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TREYVION GRAY,<br><br>*Plaintiff(s)*,<br><br>v.<br><br>NEEDVILLE INDEPENDENT SCHOOL DISTRICT, NEEDVILLE INDEPENDENT SCHOOL DISTRICT'S BOARD OF TRUSTEES; CHRIS JANICEK, in his individual and official capacity; KIM JANKE, in his individual and official capacity; SCOTT VALCHAR, in his individual and official capacity; TIM SBRUSCH; in his individual and official capacity; CHASE RASKA; in his individual and official capacity; GLENN VECERA, in his individual and official capacity; JOHN WEST, in his individual and official capacity; CURTIS PHODES, in his individual and official capacity; STEVE ADAMSON, in his individual and official capacity; DEREK MARESH, in his individual and official capacity;<br><br>*Defendant(s)*. | No. 4:22-cv-01245<br>Jury |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Treyion Gray and Defendants Needville Independent School District (referred to as "NISD"); NISD's Board of Trustees (the "Board"); individual Board members Chris Janicek, Kim Janke, Scott Valchar, Tim Sbrusch, Chase Raska, Glenn Vecera and John West ("Trustees"); NISD Superintendent Curtis Rhodes ("Superintendent Rhodes"); NISD Hill High School Principal Steve Adamson ("Principal Adamson"); and Assistant Principal Derek Maresh ("AP Maresh" and, collectively with the remaining defendants, "Defendants") stipulate that Plaintiff Gray's claims against NISD's Board of Trustees; individual Board members Chris Janicek, Kim Janke, Scott Valchar, Tim Sbrusch, Chase Raska, Glenn Vecera and John West; NISD Superintendent Curtis Rhodes; NISD Hill High School Principal Steve Adamson; and Assistant Principal Derek Maresh are dismissed with prejudice *See*, Fed. R. Civ. P. 41(a)(1)(A)(ii).

With respect to this stipulation only, each party to this stipulation shall bear his or its own costs. The stipulation is limited as set forth above and shall have no application to Plaintiff Gray's claims against Needville Independent School District.

- 3 -

| | |
|---|---|
| Respectfully Submitted, | Respectfully Submitted, |
| MOORE & ASSOCIATES<br>Lyric Centre<br>Houston, Texas  77002<br>Telephone: (713) 222-6775<br>Facsimile: (713) 222-6739 | ROGERS, MORRIS, & GROVER, L.L.P.<br>5718 Westheimer, Suite 1200<br>Houston, Texas  77057<br>Telephone: (713) 960-6000<br>Facsimile: (713) 960-6025 |
| By: *[signature]*<br>Melissa Moore<br>Tex. Bar. No. 24013189<br>melissa@mooreandassociates.net | By: /s/ Jonathn G. Brush *with permission MAM<br>Jonathan G. Brush<br>Tex. Bar. No. 24045576<br>jbrush@rmgllp.com |
| **ATTORNEYS FOR PLAINTIFF** | **ATTORNEY FOR DEFENDANTS** |

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of June in the year 2022, I filed this motion with the Court's CM/ECF system which will send notification of such filing to all counsel of record.

*[signature]*
Melissa Moore