IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TREYVION GRAY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | C.A. NO.: 4:22-CV-01245 |
| | § | |
| NEEDVILLE INDEPENDENT | § | |
| SCHOOL DISTRICT, | § | |
| | § | |
| Defendant. | § | |

**<u>JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER</u>**

Plaintiff Treyvion Gray and Defendant Needville Independent School District (collectively, the Parties) jointly file this Motion for Entry of Protective Order.

The Parties have agreed upon the form and substance of a protective order to govern the exchange of confidential information in this lawsuit. The Parties respectfully request that the Court enter the Agreed Protective Order, attached as a Proposed Order.

MOORE & ASSOCIATES

/s/  Curt Hesse
        By Permission Amy Demmler
_____
Melissa Moore
State Bar No. 24013189
Fed. I.D. No. 25122
melissa@mooreandassociates.net
Curt Hesse
State Bar No. 24065414
Fed. I.D. No. 968465
curt@mooreandassociates.net
440 Louisiana Street, Suite 1110
Houston, Texas 77002-1063
Telephone: (713) 222-6775
Facsimile: (713) 222-6739

ATTORNEYS FOR PLAINTIFF


ROGERS, MORRIS, & GROVER, L.L.P.

_____
JONATHAN G. BRUSH
State Bar No. 24045576
Fed. I.D. No. 619970
jbrush@rmgllp.com
AMY DEMMLER
State Bar No. 24092337
Fed. I.D. No.  3227731
ademmler@rmgllp.com
5718 Westheimer, Suite 1200
Houston, Texas 77057
Telephone:    713/960-6000
Facsimile:    713/960-6025

ATTORNEYS FOR NEEDVILLE ISD

2

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that she conferred with counsel for Plaintiff in good faith on August 9, August 23, September 1, and October 19, 2022. The Parties are agreed to this motion and jointly request the relief sought in this motion.

_____

Attorney for Needville ISD

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record.

_____

Attorney for Needville ISD

3