United States District Court
Southern District of Texas
**ENTERED**
June 13, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TREYVION GRAY, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:22-CV-1245 |
| § | |
| NEEDVILLE INDEPENDENT SCHOOL § | |
| DISTRICT, *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER

The Court stayed the deadlines in this case so that the parties could attempt to reach a settlement. (Dkt. 55). The parties then informed the Court during those settlement discussions that they would resume briefing on the motion to dismiss filed by Defendant Needville Independent School District ("Needville") by March 3, 2023 if they did not reach an agreement. (Dkt. 56). The parties have not completed the briefing on Needville's motion. Accordingly, the motion to dismiss filed by Defendant Needville Independent School District (Dkt. 51) is **DENIED AS MOOT** without prejudice to being reasserted. The parties are **ORDERED** to provide a joint status update regarding finalization of the settlement **on or before June 27, 2023**.

SIGNED at Houston, Texas on June 13, 2023.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE