

5718 WESTHEIMER ROAD, SUITE 1200
HOUSTON, TEXAS 77057
PHONE: (713) 960-6000 ▪ FAX: (713) 960-6025
**www.rmgllp.com**

AMY DEMMLER
Direct Dial: (713) 960-6002
ademmler@rmgllp.com

June 20, 2023

<u>*Via CM/ECF*</u>
Honorable Judge George C. Hanks, Jr.
United States District Judge
515 Rusk St., Room 6202
Houston, TX 77002

    Re:    Case No. 4:22-cv-01245; *Gray v. Needville ISD*; In the United States District Court for the Southern District of Texas, Houston Division – Joint Status

Dear Judge Hanks:

Pursuant to the Court's Order in Dkt. 57, Plaintiff Treyvion Gray and Defendant Needville Independent School District (the District) (collectively the Parties) submit this joint letter advising the Court of the status of this matter.

The Parties were unable to reach a settlement in this matter. As such, the District intends to refile its motion to dismiss, and the Parties agree to the below briefing schedule:

- The District will file its motion to dismiss on or before July 14, 2023.
- Plaintiff will file his response on or before August 4, 2023.
- The District will file its reply on or before August 11, 2023.

Further, the Parties request the Court enter their agreed amended docket control order, attached as Exhibit A to this correspondence.

June 20, 2023
Page 2

Sincerely,

| MOORE & ASSOCIATES | ROGERS, MORRIS, & GROVER, L.L.P. |
|---|---|
| /s/ Curt Hesse<br>By Permission – Amy Demmler<br>_____<br>Melissa Moore<br>State Bar No. 24013189<br>Fed. I.D. No. 25122<br>melissa@mooreandassociates.net<br>Curt Hesse<br>State Bar No. 24065414<br>Fed. I.D. No. 968465<br>curt@mooreandassociates.net<br>440 Louisiana Street, Suite 1110<br>Houston, Texas 77002-1063<br>Telephone: (713) 222-6775<br>Facsimile: (713) 222-6739<br><br>ATTORNEYS FOR PLAINTIFF | _____<br>JONATHAN G. BRUSH<br>State Bar No. 24045576<br>Fed. I.D. No. 619970<br>jbrush@rmgllp.com<br>AMY DEMMLER<br>State Bar No. 24092337<br>Fed. I.D. No. 3227731<br>ademmler@rmgllp.com<br>5718 Westheimer, Suite 1200<br>Houston, Texas 77057<br>Telephone: 713/960-6000<br>Facsimile: 713/960-6025<br><br>ATTORNEYS FOR NEEDVILLE ISD |

