IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TREYVION GRAY, | § § | |
| Plaintiff, | § § | |
| vs. | § § | C.A. NO.: 4:22-CV-01245 |
| NEEDVILLE INDEPENDENT SCHOOL DISTRICT, | § § § § | |
| Defendant. | § § | |

## ORDER

Pending before the Court is Needville Independent School District's Motion to Dismiss Plaintiff's First Amended Complaint Pursuant to Rule 12(b)(1) and (b)(6). Upon consideration of the Motion, it is the opinion of this Court that it should be GRANTED.

It is, therefore, ORDERED that Needville Independent School District's Motion to Dismiss Plaintiff's First Amended Complaint is GRANTED.

It is further ORDERED that all claims against the District are DISMISSED WITH PREJUDICE.

Signed this ___ day of _____, 2023.

_____
U.S. District Court Judge