# HEARING MINUTES

Cause No:        4:22-CV-1245

Style:           Gray v. Needville Independent School District et al

Hearing Type:    Status conference

**Appearances:**

| Counsel | Representing |
|---|---|
| Melissa Moore | Plaintiff |
| Amy Dawn Demmler | Defendant |
| Jonathan Griffin Brush | Defendant |

Date: August 29, 2023                Court reporter: ERO
Time: 1:52 p.m.—1:58 p.m.            Law Clerk: L. McKinney

At the hearing, the following rulings were made as stated on the record:

> The Court held a status conference. The Court will enter the parties' proposed docket control order [Dkt. 58-1]. After the Court rules on Defendant's pending motion to dismiss, the Court and the parties will discuss the possibility of mediating any remaining claims with Judge Edison.