United States District Court
Southern District of Texas
**ENTERED**
August 30, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TREYVION GRAY, § § § Plaintiff, § § vs. § § NEEDVILLE INDEPENDENT § SCHOOL DISTRICT, § § Defendant. § | C.A. NO.: 4:22-CV-01245 |

## AGREED AMENDED DOCKET CONTROL ORDER DEADLINES

The Parties request the following dates control this case. If no date is given below, the item is governed by the Federal Rules of Civil Procedure. The Parties are free to change any dates below by agreement, except for the Docket Call and Trial dates.

1. Passed — **DEADLINE TO AMEND PLEADINGS** Parties may amend pleadings by this date without leave of court. If Plaintiff(s) file(s) an Amended Complaint by this date, Defendant(s) may file a responsive pleading in accordance with Fed. R. Civ. P. 15(a)(3). After expiration of this deadline, a party seeking to amend pleadings must file a motion for leave demonstrating both good cause and excusable neglect in accordance with Fed. R. Civ. P. 6(b)(1)(B).

2. Passed — **DEADLINE TO ADD NEW PARTIES** Unless a case has been removed from state court, new parties may be added by this date without leave of court. After expiration of this deadline, a party seeking to add a new party must file a motion for leave demonstrating both good cause and excusable neglect in accordance with Fed. R. Civ. P. 6(b)(1)(B). The attorney causing the addition of new parties will provide copies of this order and all orders previously entered in the case to new parties. **Note:** If a case has been removed from state court, a motion for leave must be filed seeking a permission to add new parties.

3. 2/9/2024 — Identification of plaintiff's experts and production of experts' reports in the form required by Fed. R. Civ. P. 26(a)(2)(B).

4. 3/8/2024 — Identification of defendant's experts and production of experts' reports in the form required by Fed. R. Civ. P. 26(a)(2)(B).

| | | |
|---|---|---|
| 5. | 5/3/2024 | **COMPLETION OF DISCOVERY** Written discovery requests are not timely if they are filed so close to this deadline that the recipient would not be required under the Federal Rules of Civil Procedure to respond until after the deadline. |
| 6. | N/A | **LIMITS ON DISCOVERY** |
| 7. | 5/17/2024 | **EXPERT CHALLENGES DEADLINE** The party seeking to challenge an expert witness's qualifications or findings will file a motion and supporting memorandum by this date. Response is due June 7, 2024. Reply is due June 14, 2024. |
| 8. | 6/7/2024 | **DISPOSITIVE MOTIONS** The party seeking dispositive relief will file a motion and supporting memorandum by this date. Response is due July 5, 2023. Reply in support is due July 12, 2023. |
| 9. | 8/16/2024 | **ALL OTHER PRETRIAL MOTIONS** |
| 10. | 10/4/2024 | **JOINT PRETRIAL ORDER AND MOTIONS IN LIMINE** Plaintiff is responsible for timely filing the complete joint pretrial order. All information is to comply with the disclosure requirements of Fed.R. Civ. P. 26(a)(3). All parties are directed to read the Court's Procedures regarding required trial documents and procedures. |
| 11. | 10/11/2024 | **DOCKET CALL is set at 3:00 p.m.** Other than as set out in the Court's Procedures no pleading or document filed within seven days of docket call will be considered by the Court. Any pending motions may be ruled on at docket call, the case will be set for trial, and further pretrial orders may be issued. |
| 12. | Nov 2024 | **JURY TRIAL** Case is subject to being called to trial on short notice during this month.<br><br>Estimated Trial Time: 5 days. |

SIGNED on August 30, 2023.

*George C. Hanks Jr.*
_____
**GEORGE C. HANKS, JR.**
**UNITED STATES DISTRICT JUDGE**