| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION |
| --- | --- |

| | | |
| --- | --- | --- |
| TREYVION GRAY, | § | |
| | § | |
| *Plaintiff(s)*, | § | |
| | § | |
| v. | § | No. 4:22-cv-01245 |
| | § | |
| NEEDVILLE INDEPENDENT | § | |
| SCHOOL DISTRICT | § | |
| | § | |
| *Defendant(s)*. | § | |

## PLAINTIFF TREYVION GRAY'S UNOPPOSED MOTION TO DISMISS

In accordance with Fed. R. Civ. P. 41(a)(2), Plaintiff Treyvion Gray requests that his claim(s) against Defendant Needville Independent School District be dismissed.

Respectfully Submitted,

MOORE & ASSOCIATES
Lyric Centre
440 Louisiana Street | Suite 1110
Houston, Texas 77002-1055
Telephone: (713) 222-6775
Facsimile: (713) 222-6739

By: *[signature]*
Curt Hesse
Tex. Bar No. 24065414
curt@mooreandassociates.net

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF CONFERENCE

As required by Fed. R. Civ. P. 26(c)(1), 37(a)(1) and/or the local rules, I certify that I have conferred or made a reasonable attempt to confer with all other parties or their attorney(s) of record, who are listed below, about the merits of this motion with the following results:

Mr. Jonathan Brush
ROGERS, MORRIS & GROVER, L.L.P.
*Attorney(s) for Defendant Needville Independent School District*

- ☐ opposes the motion
- ☒ does not oppose the motion
- ☐ agrees with the motion
- ☐ would not say whether the motion is opposed
- ☐ did not return my messages regarding the motion

| November 6, 2023 | *Curt C. Hesse* |
|---|---|
| Date | Curt Hesse |

CERTIFICATE OF SERVICE

As required by Fed. R. Civ. P. 5(a)(1), I certify that I served a copy of this document on all parties or their attorney(s) of record—who are listed below—in accordance with Fed. R. Civ. P. 5(b) on the date indicated as follows:

> Mr. Jonathan Brush
> jbrush@rmgllp.com
> Ms. Amy Demmler
> ademmler@rmgllp.com
> ROGERS, MORRIS & GROVER, L.L.P.
> 5718 Westheimer Road, Suite 1200
> Houston, Texas  77057
> Facsimile: (713) 960-6025
> *Attorney(s) for Defendant Needville Independent School District*
> ☐ mail
> ☐ personal delivery
> ☐ leaving it at ☐ office ☐ dwelling
> ☐ leaving it with court clerk
> ☐ electronic means
> ☐ other means
> ☒ CM/ECF system

November 6, 2023
_____
Date

_____
Curt Hesse