United States District Court
Southern District of Texas
**ENTERED**
November 07, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TREYVION GRAY, | § | |
| | § | |
| Plaintiff(s), | § | |
| | § | |
| v. | § | No. 4:22-cv-01245 |
| | § | |
| NEEDVILLE INDEPENDENT SCHOOL DISTRICT | § § | |
| | § | |
| Defendant(s). | § | |

## ORDER OF DISMISSAL

IT IS ORDERED that Plaintiff Treyvion Gray's Motion to Dismiss (Doc. 67) is GRANTED. It is further

ORDERED that Gray's claim(s) against Defendant Needville Independent School District are DISMISSED.

Date:  11/7/2023

George C. Hanks, Jr.
United States District Judge